UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

O

Case No.    EDCV 08-00405-SGL(OPx)                                               Date:  October 6, 2008

Title:    RAY WARREN -v- CITY OF BARSTOW, CITY OF BARSTOW POLICE DEPARTMENT, HECTOR RODRIGUEZ, CALEB LEE GIBSON, RUDY ALCANTARA and DOES 1 THROUGH 10
==========================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

| Jim Holmes | Donald Hilland |
| Courtroom Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

Danielle K. Little                                                          Elizabeth T. Arce

PROCEEDINGS:    Defendants Caleb Lee Gibson, Rudy Alcantara, City of Barstow, Hector Rodriguez's Motion to Dismiss First Amended Complaint, Nos. 26 & 28

       The Court heard argument and took the motion to dismiss under submission.  A written order will follow.

       **IT IS SO ORDERED.**