

Message

## Eileen Martin

| | |
|---|---|
| **From:** | Ray Warren |
| **Sent:** | Wednesday, November 01, 2006 8:34 AM |
| **To:** | Eileen Martin |
| **Cc:** | 'dieter@policeattorney.com' |
| **Subject:** | Officer Jackson |

Eileen,
I have had conversation with Officer Jackson since she has been off work due to her on-duty injury. She has told me that she has been following the instructions of her doctors and eagerly anticipates returning to work in the near future. She also told me that she has received several telephone calls from Lt. Alcantara since being put off on workers comp. time. She said these calls have been to her cell phone and at home. She said that Lt. Alcantara has been calling her almost on a daily basis or at least every other day, inquiring as to her status. She told me these calls have made her quite uncomfortable. She said she feels as though she is being pressured to expedite her return to work. She is reluctant to mention this because she fears retaliation of she says anything.

If this practice is acceptable then so be it. We thought that it was the responsiblity of HR to oversee this process and only ask that she be allowed to heal in peace.

ray

7/30/2007



DEFENDANT'S
EXHIBIT NO.
FOR IDENTIFICATION
harvey
DATE

D 00397

000010

# EXHIBIT B

## Eileen Martin

**From:** Ray Warren
**Sent:** Friday, November 17, 2006 1:21 PM
**To:** 'moeanray@verizon.net'; 'dieter@policeattorney.com'; Eileen Martin; Hector Rodriguez
**Subject:** FW: Shift Scheduling

This is just FYI for you guys.

-----Original Message-----
**From:** Ray Warren
**Sent:** Friday, November 17, 2006 1:19 PM
**To:** Lee Gibson
**Subject:** RE: Shift Scheduling

Chief,
Thank you for your response. Based on your response there seems to be some misunderstanding. This meeting is in accordance with Article 9 of our MOU which allows The BPOA to call a special meeting with you once a quarter. We will chair this meeting and no other members of management will be invited. The purpose of the meeting is simply to provide a forum for the members of the OA to discuss issues directly with you. This is definitley not intended to be be some kind of a "bitch session" with open season on you. There are issues within the department that the officers want to discuss with you. I would appreciate you contacting me upon your return from vacation so we can come up wtih a mutually agreeable time to meet.

Thank You,
Ray

    -----Original Message-----
    **From:** Lee Gibson
    **Sent:** Wednesday, November 15, 2006 2:16 PM
    **To:** Ray Warren
    **Cc:** Hector Rodriguez
    **Subject:** FW: Shift Scheduling

    I will schedule the General Meeting sometime in December after I return from vacation. However the 8 hour shifts will not be part of the discussion as it is a Management right to determine scheduling. I gave the Association plenty of notice before we returned to the 8hr. shifts.

    -----Original Message-----
    **From:** Ray Warren
    **Sent:** Wednesday, November 08, 2006 9:33 AM
    **To:** Lee Gibson
    **Subject:** Shift Scheduling

    Chief,
    We (The OA, NOT Ray) would like to meet with you regarding the current 8 hour shift shedules for patrol and Detectives. We are concerned since this schedule is not having the desired effect for better coverage. It is having the effect of degradation of morale, along with other negative issues.

    We would like to call a General Meeting with you as per our MOU. Please contact me at your convenience to work out a mutually agreeable time and place.

    Respectfully,
    Ray Warren, President
    BPOA



4   7/30/2007

DEFENDANT'S
EXHIBIT NO. 4
FOR IDENTIFICATION
DATE: _____
Warren

D 00400

Message

## Eileen Martin

From:  Ray Warren
Sent:  Wednesday, November 08, 2006 9:33 AM
To:  Eileen Martin
Subject: FW: Shift Scheduling

Just FYI for you.
ray

-----Original Message-----
From: Ray Warren
Sent: Wednesday, November 08, 2006 9:33 AM
To: Lee Gibson
Subject: Shift Scheduling

Chief,
We (The OA, NOT Ray) would like to meet with you regarding the current 8 hour shift shedules for patrol and Detectives. We are concerned since this schedule is not having the desired effect for better coverage. It is having the effect of degradation of morale, along with other negative issues.

We would like to call a General Meeting with you as per our MOU. Please contact me at your convenience to work out a mutually agreeable time and place.

Respectfully,
Ray Warren, President
BPOA

4- D 00398

000012



Message                                                                  Page 1 of 1

## Eileen Martin

| | |
|---|---|
| **From:** | Ray Warren |
| **Sent:** | Friday, January 05, 2007 8:41 AM |
| **To:** | Rudy Alcantara |
| **Cc:** | 'dieter@policeattorney.com'; Eileen Martin |
| **Subject:** | Concern |

Rudy,
This is just a note to document a concern. Recently I was mistakenly late two days in a row at the change of days off. Resulting from this I was given a letter of reprimand. The reprimand was not necessary but never the less I was reprimanded. Also at this change of days off, another officer completely failed to show up to work. Attempts to contact him at home, his cell phone and department pager were unsuccessful. This officer was not reprimanded. I do not expect any further action but I wanted to make known my concern.

Respectfully,
Ray Warren



D 00404

000013



Message                                                                    Page 1 of 2

## Eileen Martin

**From:** Ray Warren
**Sent:** Sunday, December 03, 2006 11:27 AM
**To:** 'moeanray@verizon.net'; 'dieter@policeattorney.com'; Eileen Martin
**Subject:** FW: OIC position

FYI

-----Original Message-----
**From:** Ray Warren
**Sent:** Sunday, December 03, 2006 11:26 AM
**To:** Lee Gibson
**Subject:** RE: OIC position

Chief,
I checked with the Sergeants and the Lieutenant. They each pointed the finger at each other and this is why I have asked you. As far as FTO positions and OIC's, we have to adhere to our MOU articles 33 and 36 respectively. The MOU take precedence over department policy.

It is obvious that this comes down to personal favor. I have asked Rudy about being excluded from ride-a-longs. Like I said to him, I have now been summarily excluded from promotions, SRT, FTO and now OIC. Again I realize that I am not favored by management but it is important to remember that I must be treated fairly and equitably. I am also curious as to why you cc'd the Sgt's and Lt's with your response to me. I am asking you to reconsider at least the OIC issue for now.

Ray

    -----Original Message-----
    **From:** Lee Gibson
    **Sent:** Wednesday, November 15, 2006 3:33 PM
    **To:** Ray Warren
    **Cc:** Albert Ramirez; Andy Espinoza; Keith Libby; Mark Franey; Mike Hunter; Rich Harpole; Tim Heiden; Rudy Alcantara
    **Subject:** RE: OIC position

    Refer to policy 124 under Qualifications, OIC. There are two reasons. You received "Meets Standard" on your last two evaluations and you were not recommended by your or any other Sergeant. Please talk to them and hopefully they will be honest with you. I've also discovered an Officer who is being used as a OIC that shouldn't be. This will be addressed by Lt. Alcantara and corrected so that everyone meets the same standard. OIC's were selected by Lt. Alcantara and the Patrol Sergeants.

        -----Original Message-----
        **From:** Ray Warren
        **Sent:** Saturday, November 11, 2006 12:10 PM
        **To:** Lee Gibson
        **Cc:** 'dieter@policeattorney.com'
        **Subject:** OIC position

        Chief,
        I have still not received a response to my other message (11-1-06) to you regarding my exclusion as an OIC. Today in the absence of the Sergeant/Watch Commander, an officer who is junior to me (Chris Kirby) was used as the OIC. It should also be noted that this officer was held over after a graveyard shift for 6 hours to fill in as OIC. After this a different officer (Dante Caliboso), who is also junior to me, came in on overtime to fill in as OIC.

        I again ask you why I am being excluded now as an OIC. You are demeaning me in the eyes of my fellow officers, junior or otherwise. When I am asked by these people why I am being excluded I

DEFENDANT'S
EXHIBIT NO. 8
FOR IDENTIFICATION
Warren
DATE

Message

don't have an answer.  It is no secret to anyone that I am not favored by management.  And for this I
still don't know why.  It is also obvious that you view my postition as the BPOA president with
disdain.  There is not a legitimate reason for you to exclude me.  You may not favor me but you are
obligated to treat me fairly and with dignity.  This is not occuring as a matter of practice and I am
asking you to reevaluate your actions.  I still await a response from you.

Respectfully,
Ray Warren

7/30/2007

8- D 00403

000015

Message

### Eileen Martin

| | |
|---|---|
| **From:** | Ray Warren |
| **Sent:** | Saturday, November 11, 2006 12:11 PM |
| **To:** | Eileen Martin |
| **Cc:** | 'moeanray@verizon.net' |
| **Subject:** | FW: OIC position |

-----Original Message-----
**From:** Ray Warren
**Sent:** Saturday, November 11, 2006 12:10 PM
**To:** Lee Gibson
**Cc:** 'dieter@policeattorney.com'
**Subject:** OIC position

Chief,
I have still not received a response to my other message (11-1-06) to you regarding my exclusion as an OIC. Today in the absence of the Sergeant/Watch Commander, an officer who is junior to me (Chris Kirby) was used as the OIC. It should also be noted that this officer was held over after a graveyard shift for 6 hours to fill in as OIC. After this a different officer (Dante Caliboso), who is also junior to me, came in on overtime to fill in as OIC.

I again ask you why I am being excluded now as an OIC. You are demeaning me in the eyes of my fellow officers, junior or otherwise. When I am asked by these people why I am being excluded I don't have an answer. It is no secret to anyone that I am not favored by management. And for this I still don't know why. It is also obvious that you view my postition as the BPOA president with disdain. There is not a legitimate reason for you to exclude me. You may not favor me but you are obligated to treat me fairly and with dignity. This is not occuring as a matter of practice and I am asking you to reevaluate your actions. I still await a response from you.

Respectfully,
Ray Warren

7/30/2007

8- D 00399

000016



# BARSTOW POLICE DEPARTMENT
## Caleb L. Gibson, Chief of Police

220 E. Mt. View St., Suite B, Barstow, CA 92311-2889
(760) 256-3531 • Fax (760) 256-2215

January 23, 2007

Officer Ray Warren
23768 Nalatapa Road
Apple Valley 92307

Officer Warren:

This letter serves to inform you that the internal investigation, 2006-001, into the events of February 12, 2006 has been concluded. An objective review of the matter leaves me to conclude the allegations are not sustained. "Not sustained" does not mean that the alleged behavior did not occur; it means that I did not find clear evidence that you engaged in improper conduct warranting discipline.

This matter is closed.

Lee Gibson
Chief of Police

25

PIF's EXHIBIT 25 FOR I.D. RW
DATE: 3-10-10                     1-25-10
WITNESS: GIBSON
BRANDY L. WILLIAMS, CA CSR #11084

000017





**BARSTOW POLICE DEPARTMENT**
Caleb L. Gibson, Chief of Police

220 E. Mt. View St., Suite B, Barstow, CA 92311-2889
(760) 255-5111 • Fax (760) 256-2215

June 7, 2007

Mr. Ramon Warren
23768 Nalatapa Road
Apple Valley, CA 92307

Ramon Warren:

This letter serves to inform you that the internal investigation, #2006-002, in which you alleged excessive force against Sergeant Michael Hunter was determined to be unfounded. Your complaint states that Sergeant Hunter had used excessive force while handling a disturbance at Denny's Restaurant on February 12, 2006. A review of the business video recordings and statements from involved parties revealed that Sergeant Michael Hunter did not use excessive force as you had claimed. You also reviewed the same video recording and agreed there was no evidence to sustain your claim.

This matter is closed and a copy of this letter will be maintained in the investigation file.

Rudy Alcantara
Interim Chief of Police

PIF'S EXHIBIT _26_ FOR I.D.
DATE: _3-10-10_
WITNESS: _GIBSON_
BRANDY L. WILLIAMS, CA CSR #11084

26

000018